UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Gavin B. Whiston, | : | Subchapter V |
| | : | |
| Debtor. | : | Case No. 24-10803-MEW |

---------------------------------------------------------------X

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Geron Yann, Esq.**
**Subchapter V Trustee**
**c/o Geron Legal Advisors LLC**
**370 Lexington Avenue, Suite 1101**
**New York, NY 10017**
**(646) 560-3224**
ygeron@geronlegaladvisors.com

The Subchapter V trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: May 10, 2024
       New York, New York

                                                  WILLIAM K. HARRINGTON
                                                  UNITED STATES TRUSTEE, REGION 2

                                      By:    */s/ Annie Wells*
                                                  Annie Wells, Esq.
                                                  Trial Attorney
                                                  Office of the United States Trustee
                                                  Alexander Hamilton U.S. Custom House
                                                  One Bowling Green
                                                  New York, NY 10004
                                                  Tel. (212) 510-0500