**Fill in this information to identify your case:**

Debtor 1: Gavin B Whiston
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): _____
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 24-10803

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Creditor's Name: Dubcork, Inc.
Number/Street: 299 Broadway Suite 1820
dba Smithfield Tavern, Smithfield Hall NY
City/State/ZIP: New York, NY 10007
Contact: Joshua E Abraham
Contact phone: 646-245-6710

What is the nature of the claim? Judgment Liens

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: - $_____
Unsecured claim: $_____

$ 4,588,152.15

**2**
Creditor's Name: Ken Foley
Number/Street: 30-67 42nd St.
Apt. 3-R
City/State/ZIP: Astoria, NY 11103
Contact: Joshua Abraham
Contact phone: 646-245-6710

What is the nature of the claim? Judgment Liens

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: - $_____
Unsecured claim: $_____

$ 153,523.92

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

28

| Debtor 1 | Gavin B Whiston | Case number (*if known*) 24-10803 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

**Unsecured claim**

**3** Peconic Bay Medical Center
Creditor's Name
223 Townsend Square
Number   Street
c/o Jerald J DeSocio & Associates, P.C.
Oyster Bay          NY    11771
City                State   ZIP Code

Jerald DeSocio
Contact
516-628-2356
Contact phone

What is the nature of the claim? Medical Services

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:                       − $_____
  Unsecured claim                            $_____

$1,640.00

---

**4** JPMCB Card Services
Creditor's Name
301 N Walnut St
Number   Street
Floor 09
Wilmington          DE    19801
City                State   ZIP Code

Contact
800-945-2000
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:                       − $_____
  Unsecured claim                            $_____

$246.00

---

**5** NY State Dept of Taxation & Finance Bar
Creditor's Name
PO Box 5300
Number   Street

Albany              NY    12205
City                State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Taxes & Other Government Units

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:                       − $_____
  Unsecured claim                            $_____

$0.00

---

**6** Internal Revenue Service
Creditor's Name
Centralized Insolvency Operations
Number   Street
PO Box 7346
Philadelphia        PA    19101
City                State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Taxes & Other Government Units

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:                       − $_____
  Unsecured claim                            $_____

$0.00

---

**7**
Creditor's Name

Number   Street


City                State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:                       − $_____
  Unsecured claim                            $_____

$_____

---

Official Form 104        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 2

29

Debtor 1 __Gavin B Whiston_____    Case number (*if known*) __24-10803_____
        First Name   Middle Name   Last Name

**Unsecured claim**

**8**
Creditor's Name
Number   Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim       $_____

**9**
Creditor's Name
Number   Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim       $_____

**10**
Creditor's Name
Number   Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim       $_____

**11**
Creditor's Name
Number   Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim       $_____

**12**
Creditor's Name
Number   Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim       $_____

Debtor 1  Gavin B Whiston
          First Name   Middle Name   Last Name

Case number (*if known*) 24-10803

**Unsecured claim**

### 13

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

### 14

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

### 15

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

### 16

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

### 17

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

Debtor 1 __Gavin B Whiston_____    Case number (*if known*)__24-10803_____
First Name   Middle Name   Last Name

| | **Unsecured claim** |

**18**
Creditor's Name
Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:   − $_____
        Unsecured claim   $_____

**19**
Creditor's Name
Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:   − $_____
        Unsecured claim   $_____

**20**
Creditor's Name
Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:   − $_____
        Unsecured claim   $_____

32

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 5

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✗ /s/ Gavin B Whiston        ✗ _____

Signature of Debtor 1                Signature of Debtor 2

Date 05/10/2024             Date 05/10/2024
MM / DD / YYYY            MM / DD / YYYY