**Fill in this information to identify your case and this filing:**

Debtor 1: Gavin B Whiston

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Southern District of New York

Case number (if know): 24-10803

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

   1.1 **Street address:** 240 W Woodlawn Dr
   **City:** Wading River  **State:** NY  **ZIP Code:** 11792
   **County:** Suffolk County

   **What is the property?** Check all that apply
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

   **Current value of the entire property?** $ 751,000.00
   **Current value of the portion you own?** $ 375,500.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   Joint tenant

   ☐ Check if this is community property

   **Other information you wish to add about this item, such as local property identification number:**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ➔ $375,500.00

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

3.1 Make: Tesla
    Model: Y
    Year: 2023
    Approximate mileage: ___
    Other information:
    Lease. See Schedule G.

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $ 0.00
**Current value of the portion you own?** $ 0.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - [x] No
   - [ ] Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................................➤   $ 0.00

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following?**   **Current value of the portion you own?**

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - [ ] No
   - [x] Yes. Describe...

   Appliances: Stove, refrigerator, microwave, washer and dryer
   Kitchen flatware, cookware, cooking utensils
   Furniture, lamp, and accessories
   Yard Tools/Equipment, Lawnmower, Swimming Pool

   Do not deduct secured claims or exemptions.

   $ 3,160.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - [ ] No
   - [x] Yes. Describe...

   Computers, Printers, cell phones
   Televisions, DVD players, and other Stereo Equipment

   $ 1,220.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - [ ] No
   - [x] Yes. Describe...

   Paintings, Artwork, collectibles

   $ 400.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - [ ] No
   - [x] Yes. Describe...

   Golf Clubs and Sporting Goods

   $ 200.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - [x] No
    - [ ] Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe...

    | Clothing | $ 300.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

    ☐ No
    ☑ Yes. Describe...

    | Watch and Wedding Band | $ 200.00 |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here.**........................................................................................➔   $5,480.00

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes.................................................................................................................... Cash .......................... $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes................. Institution name:

    | 17.1. Checking account: | Citizens Bank x0454 | $ 2,103.47 |
    | 17.2. Checking account: | Chase Bank x6199 - Joint Acct | $ 1,209.98 |
    | 17.3. Savings account: | Allied Irish Banks, p.l.c. x5261 3,788.40 Euros | $ 4,036.11 |
    | 17.4. Savings account: | Capital One - Savings Acct x3257 - Joint Acct | $ 80.92 |
    | 17.5. Savings account: | Chase Bank Savings x4961 - Joint Acct | $ 144.90 |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes.................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them............

| Name of entity: | % of ownership: | |
|---|---|---|
| 1465 CDM, Inc. | 50 % | $ Unknown |
| Moxy Restaurant Asssociates Inc. | 21.25 % | $ Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately

    | Type of account | Institution name | |
    |---|---|---|
    | IRA: | Schwab IRA (fna TD Ameritrade)- Restrained | $ 121,156.74 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☐ No
    ☑ Yes..................... Institution name or individual:

    | Other | Retainer - WZMP Weinberg Zareh Malkin Price LLP | $ 17,862.25 |
    |---|---|---|
    | Other | Retainer - Vernon Consulting, Inc. | $ 2,345.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☐ No
    ☑ Yes.....................

    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    | NY-529 Annalise Whiston (contributions made from Joint Account) | $ 4,905.98 |
    |---|---|
    | NY-529 Annalise Whiston (contributions made from Joint Account) | $ 4,987.27 |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    | | Federal: | $ 0.00 |
    |---|---|---|
    | | State: | $ 0.00 |
    | | Local: | $ 0.00 |

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    - [x] No
    - [ ] Yes. Give specific information....

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    - [x] No
    - [ ] Yes. Give specific information....

31. **Interests in insurance policies**

    - [ ] No
    - [x] Yes. Name the insurance company of each policy and list its value....

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Term Life Insurance $500K Face | | $ 0.00 |

32. **Any interest in property that is due you from someone who has died**

    - [x] No
    - [ ] Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    - [x] No
    - [ ] Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    - [x] No
    - [ ] Yes. Give specific information....

35. **Any financial assets you did not already list**

    - [x] No
    - [ ] Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................▶ $ 158,832.62

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    - [x] No. Go to Part 6.
    - [ ] Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    - [x] No. Go to Part 7.
    - [ ] Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    - [ ] No
    - [x] Yes. Give specific information...

    Golf Club Membership (Non-Equity/Non-Transferable)

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................................▶ $ 0.00

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ......................................................................................➤  $ 375,500.00

56. **Part 2: Total vehicles, line 5**                          $ 0.00
57. **Part 3: Total personal and household items, line 15**   $ 5,480.00
58. **Part 4: Total financial assets, line 36**               $ 158,832.62
59. **Part 5: Total business-related property, line 45**      $ 0.00
60. **Part 6: Total farm- and fishing-related property, line 52**  $ 0.00
61. **Part 7: Total other property not listed, line 54**    + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................  $ 164,312.62   Copy personal property total ➤   + $ 164,312.62

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                                                    $ 539,812.62

**Fill in this information to identify your case:**

Debtor 1: Gavin B Whiston
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing):
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Southern District of New York

Case number (if know): 24-10803

☐ Check if this is an amended filing

# Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|

**2.1**

Citizens One Home Loan
Creditor's Name

10561 Telegraph Road
Number    Street

Glen Allen    VA    23059
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**    $ 277,103.00    $ 751,000.00    $ 0.00

240 W Woodlawn Dr, Wading River, NY 11792 - $751,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 277,103.00

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1: Gavin B Whiston

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Southern District of New York

Case number (if know): 24-10803

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** — Priority Creditor's Name<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 19101<br>**Who owes the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim relates to a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number** ____<br>**When was the debt incurred?** ____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☑ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify ____ | $ 0.00 | $ 0.00 | $ 0.00 |

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 4

| 2.2 | NY State Dept of Taxation & Finance<br>Priority Creditor's Name<br><br>Bankruptcy Section<br><br>PO Box 5300<br>Number       Street<br>Albany    NY    12205<br>City      State    ZIP Code<br>**Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim relates to a community debt**<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | **Last 4 digits of account number** _____<br>**When was the debt incurred?** _____<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☒ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | $ 0.00 | $ 0.00 | $ 0.00 |

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing else to report in this part. Submit to the court with your other schedules.
☒ Yes. Fill in all of the information below.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | Dubcork, Inc.<br>Nonpriority Creditor's Name<br><br>299 Broadway Suite 1820<br>Number       Street<br>dba Smithfield Tavern, Smithfield Hall NYC<br><br>New York    NY    10007<br>City      State    ZIP Code<br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☒ At least one of the debtors and another<br>☐ **Check if this claim relates to a community debt**<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | **Last 4 digits of account number** _____<br>**When was the debt incurred?** _____<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify  Judgment Liens | $ 4,588,152.15 |

| 4.2 | JPMCB Card Services<br>Nonpriority Creditor's Name<br>301 N Walnut St<br>Number    Street<br>Floor 09<br><br>Wilmington DE    19801<br>City    State    ZIP Code<br>**Who owes the debt?** Check one.<br>[✓] Debtor 1 only<br>[ ] Debtor 2 only<br>[ ] Debtor 1 and Debtor 2 only<br>[ ] At least one of the debtors and another<br>[ ] **Check if this claim relates to a community debt**<br>**Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | **Last 4 digits of account number** ____<br>**When was the debt incurred?** ____<br><br>**As of the date you file, the claim is:** Check all that apply.<br>[ ] Contingent<br>[ ] Unliquidated<br>[ ] Disputed<br><br>**Type of NONPRIORITY unsecured claim:**<br>[ ] Student loans<br>[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>[ ] Debts to pension or profit-sharing plans, and other similar debts<br>[✓] Other. Specify  Credit Card Debt | $ 246.00 |
|---|---|---|
| 4.3 | Ken Foley<br>Nonpriority Creditor's Name<br>30-67 42nd St.<br>Number    Street<br>Apt. 3-R<br><br>Astoria NY    11103<br>City    State    ZIP Code<br>**Who owes the debt?** Check one.<br>[ ] Debtor 1 only<br>[ ] Debtor 2 only<br>[ ] Debtor 1 and Debtor 2 only<br>[✓] At least one of the debtors and another<br>[ ] **Check if this claim relates to a community debt**<br>**Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | **Last 4 digits of account number** ____<br>**When was the debt incurred?** ____<br><br>**As of the date you file, the claim is:** Check all that apply.<br>[✓] Contingent<br>[✓] Unliquidated<br>[ ] Disputed<br><br>**Type of NONPRIORITY unsecured claim:**<br>[ ] Student loans<br>[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>[ ] Debts to pension or profit-sharing plans, and other similar debts<br>[✓] Other. Specify  Judgment Liens | $ 153,523.92 |
| 4.4 | Peconic Bay Medical Center<br>Nonpriority Creditor's Name<br>223 Townsend Square<br>Number    Street<br>c/o Jerald J DeSocio & Associates, P.C.<br><br>Oyster Bay NY    11771<br>City    State    ZIP Code<br>**Who owes the debt?** Check one.<br>[✓] Debtor 1 only<br>[ ] Debtor 2 only<br>[ ] Debtor 1 and Debtor 2 only<br>[ ] At least one of the debtors and another<br>[ ] **Check if this claim relates to a community debt**<br>**Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | **Last 4 digits of account number**  J00030-13592<br>**When was the debt incurred?** ____<br><br>**As of the date you file, the claim is:** Check all that apply.<br>[ ] Contingent<br>[ ] Unliquidated<br>[✓] Disputed<br><br>**Type of NONPRIORITY unsecured claim:**<br>[ ] Student loans<br>[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>[ ] Debts to pension or profit-sharing plans, and other similar debts<br>[✓] Other. Specify  Medical Services | $ 1,640.00 |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Joshua E. Abraham, Esq. | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
|---|---|
| Creditor's Name | |
| 1185 Avenue of the Americas | **Line** 4.1  of *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number        Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| 22nd Floor | |
| New York  NY    10036 | **Last 4 digits of account number** |
| City    State    ZIP Code | |

| Joshua E. Abraham, Esq. | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
|---|---|
| Creditor's Name | |
| 1185 Avenue of the Americas | **Line** 4.3  of *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number        Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| 22nd Floor | Claims |
| New York  NY    10036 | **Last 4 digits of account number** |
| City    State    ZIP Code | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 4,743,562.07 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 4,743,562.07 |

Official Form 106E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page 4 of 4

**Fill in this information to identify your case:**

Debtor 1: Gavin B Whiston
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): 
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Southern District of New York

Case number (if know): 24-10803

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases       12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| **2.1** | Santander Consumer USA<br>Name<br>1601 Elm St Ste 800<br>Street<br>Dallas  TX    75201<br>City   State   ZIP Code | 2023 Tesla Y |

**Fill in this information to identify your case:**

Debtor 1: Gavin B Whiston

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of New York

Case number (if know): 24-10803

☐ Check if this is an amended filing

## Official Form 106H
# Schedule H: Your Codebtors      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt. Check all schedules that apply: |
|---|---|---|
| 3.1 | Moxy Restaurant Associates, Inc<br>138 W 25th St<br>New York, NY 10001 | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.1<br>☐ Schedule G, line ____ |
| 3.2 | Annalise Whiston<br>240 W Woodland Dr<br>Wading River, NY 11792 | ☑ Schedule D, line 2.1<br>☐ Schedule E/F, line ____<br>☐ Schedule G, line ____ |
| 3.3 | Thomas McCarthy<br>24 Haymaker Lane<br>Levittown, NY 11756 | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.1<br>☐ Schedule G, line ____ |
| 3.4 | Moxy Restaurant Associates, Inc<br>138 W 25th St<br>New York, NY 10001 | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.3<br>☐ Schedule G, line ____ |

Official Form 106H      Schedule H: Your Codebtors      page 1 of 2

| 3.5 | Thomas McCarthy | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.3 |
| | 24 Haymaker Lane | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Levittown | NY | 11756 | |
| | City | State | ZIP Code | |
| 3.6 | Kieron Slattery | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.3 |
| | 1453 85th St | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Brooklyn | NY | 11228 | |
| | City | State | ZIP Code | |
| 3.7 | Kieron Slattery | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.1 |
| | 1453 85th St | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Brooklyn | NY | 11228 | |
| | City | State | ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1: Gavin B Whiston

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 24-10803

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                                            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | Officer | Manager |
| Employer's name | 1465 CDM, Inc. | 1465 CDM & Moxy Restaurant Associates |
| Employer's address | 126 First Avenue<br>New York, NY 10009 | |
| How long employed there? | 20 years | 15 years and 4 years |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 12,133.33 | $ 4,550.00 |
| 3. **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | $ 12,133.33 | $ 4,550.00 |

Official Form 106I                          Schedule I: Your Income                          page 1

Debtor 1  Gavin B Whiston    Case number (*if known*) 24-10803
　　　　　First Name　Middle Name　Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here | $ 12,133.33 | $ 4,550.00 |

5. **List all payroll deductions:**

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | $ 3,125.11 | $ 981.63 |
| 5b. Mandatory contributions for retirement plans | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | $ 0.00 | $ 0.00 |
| 5e. Insurance | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | $ 0.00 | $ 0.00 |
| 5g. Union dues | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: NY PFL | + $ 45.28 | + $ 0.00 |
| NY Disability | $ 5.20 | $ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6.  $ 3,175.60    $ 981.63
7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.  $ 8,957.74    $ 3,568.37

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.  $ 0.00    $ 0.00

   8b. **Interest and dividends**   8b.  $ 0.00    $ 0.00

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.  $ 0.00    $ 0.00

   8d. **Unemployment compensation**   8d.  $ 0.00    $ 0.00

   8e. **Social Security**   8e.  $ 0.00    $ 0.00

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.  $ 0.00    $ 0.00

   8g. **Pension or retirement income**   8g.  $ 0.00    $ 0.00

   8h. **Other monthly income.** Specify: _____   8h. + $ 0.00   + $ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.  $ 0.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.  $ 8,957.74  +  $ 3,568.37  =  $ 12,526.11

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11. + $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.  $ 12,526.11

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☑ No.
    ☐ Yes. Explain:

Official Form 106I    Schedule I: Your Income    page 2

24-10803-mew    Doc 6    Filed 05/10/24    Entered 05/10/24 19:08:44    Main Document
Gavin B Whiston                         Pg 17 of 20                          24-10803

Debtor 1 _____    Case number *(if known)*_____
         First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 106I

1. Describe Employment:

Debtor: Gavin B Whiston

Occupation: President

Name of Employer: Moxy Restaurant Associates, Inc.

Employer's Address: 138 W 25th St, New York, NY 10001

Length of Employment: 10 years

-------

**Fill in this information to identify your case:**

Debtor 1: Gavin B Whiston

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 24-10803

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☐ No
   Do not list Debtor 1 and Debtor 2.    ☑ Yes. Fill out this information for each dependent..........
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 8 | ☐ No ☑ Yes |
   | Daughter | 5 | ☐ No ☑ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ 3,042.00

   **If not included in line 4:**
   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 203.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 300.00
   4d. Homeowner's association or condominium dues    4d. $ 0.00

Official Form 106J                              Schedule J: Your Expenses                                  page 1

| Debtor 1 | Gavin B Whiston | Case number (if known) | 24-10803 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

|     | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans     5.  $ 0.00

6. **Utilities:**
   - 6a.  Electricity, heat, natural gas     6a.  $ 640.00
   - 6b.  Water, sewer, garbage collection     6b.  $ 70.00
   - 6c.  Telephone, cell phone, Internet, satellite, and cable services     6c.  $ 320.00
   - 6d.  Other. Specify: _____     6d.  $ 0.00

7. **Food and housekeeping supplies**     7.  $ 2,000.00

8. **Childcare and children's education costs**     8.  $ 960.00

9. **Clothing, laundry, and dry cleaning**     9.  $ 800.00

10. **Personal care products and services**     10.  $ 50.00

11. **Medical and dental expenses**     11.  $ 300.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.     12.  $ 550.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13.  $ 1,000.00

14. **Charitable contributions and religious donations**     14.  $ 50.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a.  Life insurance     15a.  $ 114.00
    - 15b.  Health insurance     15b.  $ 0.00
    - 15c.  Vehicle insurance     15c.  $ 227.00
    - 15d.  Other insurance. Specify: _____     15d.  $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____     16.  $ 0.00

17. **Installment or lease payments:**
    - 17a.  Car payments for Vehicle 1     17a.  $ 555.00
    - 17b.  Car payments for Vehicle 2     17b.  $ 0.00
    - 17c.  Other. Specify:_____     17c.  $ 0.00
    - 17d.  Other. Specify:_____     17d.  $ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**     18.  $ 0.00

19. **Other payments you make to support others who do not live with you.**
    Specify:_____     19.  $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a.  Mortgages on other property     20a.  $ 0.00
    - 20b.  Real estate taxes     20b.  $ 0.00
    - 20c.  Property, homeowner's, or renter's insurance     20c.  $ 0.00
    - 20d.  Maintenance, repair, and upkeep expenses     20d.  $ 0.00
    - 20e.  Homeowner's association or condominium dues     20e.  $ 0.00

Official Form 106J           Schedule J: Your Expenses           page **2**

Debtor 1 　Gavin B Whiston　　　　　　　　　　　　　　　　　　Case number (if known) 24-10803
　　　　　　First Name　　Middle Name　　　Last Name

21. **Other.** Specify:_____　21. +$_____0.00
_____　　　+$_____
_____　　　+$_____

22. **Calculate your monthly expenses.**

　　22a. Add lines 4 through 21.　　　　　　　　　　　　　　　　　　　22a.　$_____11,181.00

　　22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a　22b.　$_____

　　and 22b. The result is your monthly expenses.　　　　　　　　　　　22c.　$_____11,181.00

23. **Calculate your monthly net income.**

　　23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.　　23a.　$_____12,526.11

　　23b. Copy your monthly expenses from line 22c above.　　　　　　　　23b. –$_____11,181.00

　　23c. Subtract your monthly expenses from your monthly income.
　　　　 The result is your *monthly net income*.　　　　　　　　　　　　23c.　$_____1,345.11

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

　　For example, do you expect to finish paying for your car loan within the year or do you expect your
　　mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

　☑ No.
　☐ Yes.　　Explain here:

Official Form 106J　　　　　　　　Schedule J: Your Expenses　　　　　　　　page **3**