| | |
|---|---|
| WEINBERG ZAREH MALKIN PRICE LLP<br>45 Rockefeller Plaza, 20th Floor<br>New York, New York 10111<br>Phone: 212-899-5470<br>Adrienne Woods, Esq.<br>Email: awoods@wzmplaw.com<br><br>*Proposed Counsel to Gavin B. Whiston* | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GAVIN B. WHISTON,<br><br>                Debtor. | Chapter 11<br><br>Case No. 24-10803 (MEW) |

**DECLARATION OF GAVIN B. WHISTON PURSUANT TO RULE 1007-2 OF
LOCAL BANKRUPTCY RULES FOR SOUTHERN DISTRICT OF NEW YORK**

    I, Gavin B. Whiston, make this declaration pursuant to 28 U.S.C. § 1746:

    1.    I am an individual over the age of 18 residing at 240 West Woodland Drive, Wading River, New York 11792.

    2.    Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided to me by advisors and counsel, or my opinion based upon my experience, knowledge, and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

    3.    This Declaration is submitted pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York ("**Local Rules**") for the purpose of apprising the Court and parties in interest of the circumstances that led to the commencement of my Chapter 11 Case.

    4.    On May 8, 2024 ("**Petition Date**"), I filed a voluntary petition under subchapter V of chapter 11 of title 11 of the United States Code §§ 101 *et seq*. ("**Bankruptcy Code**").

Local Rule 1007-2(a)(i)

I was a defendant in a lawsuit brought in the Supreme Court for the State of New York County of New York, styled *Esther O. Mahoney, et al. v. Gavin Whiston, et al.*, Index No. 652621/2014 ("**State Court Action**"), wherein Plaintiffs alleged, *inter alia*, breach of fiduciary duty against me and several other defendants. Ultimately a judgment was entered in favor of Plaintiffs, and myself and my co-defendants appealed but lost.

After defending the State Court Action for more than a decade, and despite best efforts to settle with Plaintiffs, I found myself unable to continue to respond to Plaintiffs ongoing demands for discovery; nor could I afford the settlements proposed by Plaintiffs. The onerous demands for discovery have proven as labor-intensive and costly as the underlying litigation, as Plaintiffs continue to search for assets that simply do not exist. The time demanded of me has made operating my business to provide for myself and my family untenable, and I cannot afford to respond to and defend against discovery that seems never-ending. Thus, I sought bankruptcy protection with the goal of proposing a plan to pay all creditors, including Plaintiffs, over time if we cannot arrive at a settlement I can afford. I also hope that the transparency of the bankruptcy process will finally convince Plaintiffs that I truly cannot afford the amounts they demand.

Local Rule 1007-2(a)(ii)

Not applicable.

Local Rule 1007-2(a)(iii)

Not applicable.

Local Rule 1007-4(a)(iv)

A list of the twenty largest unsecured creditors is annexed hereto as **Exhibit A**, and I am the person most familiar with the accounts related to these creditors.

Local Rule 1007-4(a)(v)

The holders of secured claims are set forth in **Exhibit B**.

Local Rule 1007-4(a)(vi)

A summary of assets and liabilities is set forth in **Exhibit C**.

Local Rule 1007-4(a)(vii)

Not applicable.

Local Rule 1007-4(a)(viii)

Not applicable.

Local Rule 1007-4(a)(ix)

Not applicable.

Local Rule 1007-4(a)(x)

My substantial assets are held at my home address, 240 West Woodlawn Drive, Wading River, New York 11792.

I maintain my books and records. Richard Stampel, CPA, located at 178 Roxbury Road, Garden City, New York 11530 is my tax preparer and may also have copies.

My only asset located outside of the United States is a bank account at Allied Irish Bank disclosed on Schedule B to my Petition, which I will be closing in late May when I return to Ireland so that I can deposit the funds into my debtor-in-possession bank account.

Local Rule 1007-4(a)(xi)

As noted in my Statement of Financial Affairs, Ken Foley ("**Foley**") holds a judgment against me in the amount of $153,523.92 and Dubcork, Inc. ("**Dubcork**" with Foley, "**Judgment Creditors**") holds a judgment against me in the amount of $4,588,152.15. Counsel to Judgment

Creditor indicated his intention to seek turnover of my Schwab IRA, disclosed on <u>Schedule B</u> to my Petition.  I believe that seizure of other assets may also be imminent.

<u>Local Rule 1007-4(a)(xii)</u>

    Not applicable.

Executed this 10th day of May, 2024.


 <u>/s/ Gavin B. Whiston</u>
Gavin B. Whiston

**EXHIBIT A**
**20 LARGEST UNSECURED CREDITORS**

**Fill in this information to identify your case:**

Debtor 1: Gavin B Whiston

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 24-10803

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

Creditor's Name: Dubcork, Inc.
Number Street: 299 Broadway Suite 1820
dba Smithfield Tavern, Smithfield Hall NY
City: New York  State: NY  ZIP Code: 10007
Contact: Joshua E Abraham
Contact phone: 646-245-6710

What is the nature of the claim? Judgment Liens

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security:  − $_____
Unsecured claim:  $_____

$ 4,588,152.15

**2**

Creditor's Name: Ken Foley
Number Street: 30-67 42nd St.
Apt. 3-R
City: Astoria  State: NY  ZIP Code: 11103
Contact: Joshua Abraham
Contact phone: 646-245-6710

What is the nature of the claim? Judgment Liens

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security:  − $_____
Unsecured claim:  $_____

$ 153,523.92

Official Form 104         For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         page 1

28

Debtor 1    Gavin B Whiston      Case number (*if known*) 24-10803

First Name   Middle Name   Last Name

**Unsecured claim**

**3** Peconic Bay Medical Center
Creditor's Name
223 Townsend Square
Number   Street
c/o Jerald J DeSocio & Associates, P.C.
Oyster Bay    NY    11771
City   State   ZIP Code
Jerald DeSocio
Contact
516-628-2356
Contact phone

What is the nature of the claim? Medical Services

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
     Value of security: − $_____
     Unsecured claim: $_____

$1,640.00

**4** JPMCB Card Services
Creditor's Name
301 N Walnut St
Number   Street
Floor 09
Wilmington    DE    19801
City   State   ZIP Code

Contact
800-945-2000
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
     Value of security: − $_____
     Unsecured claim: $_____

$246.00

**5** NY State Dept of Taxation & Finance Bar
Creditor's Name
PO Box 5300
Number   Street

Albany    NY    12205
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Taxes & Other Government Units

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
     Value of security: − $_____
     Unsecured claim: $_____

$0.00

**6** Internal Revenue Service
Creditor's Name
Centralized Insolvency Operations
Number   Street
PO Box 7346
Philadelphia    PA    19101
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Taxes & Other Government Units

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
     Value of security: − $_____
     Unsecured claim: $_____

$0.00

**7**
Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
     Value of security: − $_____
     Unsecured claim: $_____

$_____

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

29

Debtor 1 ____Gavin B Whiston_____  Case number (*if known*) __24-10803_____
        First Name    Middle Name    Last Name

**Unsecured claim**

**8**

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):   $_____
     Value of security:   − $_____
     Unsecured claim   $_____

**9**

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):   $_____
     Value of security:   − $_____
     Unsecured claim   $_____

**10**

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):   $_____
     Value of security:   − $_____
     Unsecured claim   $_____

**11**

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):   $_____
     Value of security:   − $_____
     Unsecured claim   $_____

**12**

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):   $_____
     Value of security:   − $_____
     Unsecured claim   $_____

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

30

Debtor 1   Gavin B Whiston
         First Name   Middle Name   Last Name

Case number (*if known*) 24-10803

**Unsecured claim**

**13**
Creditor's Name
Number  Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**14**
Creditor's Name
Number  Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**15**
Creditor's Name
Number  Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**16**
Creditor's Name
Number  Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**17**
Creditor's Name
Number  Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

Official Form 104   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   31   page 4

Debtor 1 __Gavin B Whiston_____  Case number *(if known)* __24-10803_____
       First Name   Middle Name   Last Name

| | **Unsecured claim** |
|---|---|

**18**

Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

**19**

Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

**20**

Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 5

32

Debtor 1    Gavin B Whiston      Case number (*if known*) 24-10803
First Name    Middle Name    Last Name

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Gavin B Whiston      ✘ _____
Signature of Debtor 1      Signature of Debtor 2

Date 05/10/2024      Date 05/10/2024
MM / DD / YYYY      MM / DD / YYYY

**EXHIBIT B**
**SECURED CREDITORS**

6

**Fill in this information to identify your case:**

Debtor 1: Gavin B Whiston

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Southern District of New York

Case number (if know): 24-10803

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|

**2.1**

Citizens One Home Loan
Creditor's Name
10561 Telegraph Road
Number          Street
Glen Allen    VA    23059
City          State    ZIP Code

**Describe the property that secures the claim:**     $ 277,103.00    $ 751,000.00    $ 0.00

240 W Woodlawn Dr, Wading River, NY 11792 - $751,000.00

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 277,103.00

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 1

**EXHIBIT C**
**SUMMARY OF ASSETS AND LIABILITIES**

7

**Fill in this information to identify your case:**

Debtor 1: Gavin B Whiston
  First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Southern District of New York

Case number: 24-10803
(If known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................ $ 375,500.00
   1b. Copy line 62, Total personal property, from *Schedule A/B* ................................... $ 164,312.62
   1c. Copy line 63, Total of all property on *Schedule A/B* ............................................. $ 539,812.62

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ 277,103.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .............................. $ 0.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........................ + $ 4,743,562.07

   **Your total liabilities**    $ 5,020,665.07

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................ $ 12,526.11

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ...................................... $ 11,181.00

Debtor 1    __Gavin_____Whiston_____   Case number (*if known*)__24-10803_____
           First Name    Middle Name    Last Name

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |