# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>GAVIN B WHISTON | CASE NO: 24-10803<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 6/11/2024, I did cause a copy of the following documents, described below,

Debtors' Application to Employ and Retain Weinberg Zareh Malkin Price LLP as Counsel to Debtors and Debtors In Possession Pursuant to Sections 327(A), 328, 330, 331 and 1107(B) of The Bankruptcy Code

Exhibit A - Proposed Order

Exhibit B - Patt Declaration

Exhibit C - Engagement Letter

Lar Dan Declaration

Notice of Presentment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/11/2024

/s/ Todd E. Duffy
Todd E. Duffy
Attorney for Debtor
Weinberg Zareh Malkin & Price LLP
45 Rockefeller Plaza, 20th Floor
New York, NY  10111
212 729 5832
tduffy@wzmplaw.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>GAVIN B WHISTON | CASE NO: 24-10803<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11 |

On 6/11/2024, a copy of the following documents, described below,

Debtors' Application to Employ and Retain Weinberg Zareh Malkin Price LLP as Counsel to Debtors and Debtors In Possession Pursuant to Sections 327(A), 328, 330, 331 and 1107(B) of The Bankruptcy Code

Exhibit A - Proposed Order

Exhibit B - Patt Declaration

Exhibit C - Engagement Letter

Lar Dan Declaration

Notice of Presentment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/11/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Todd E. Duffy
Weinberg Zareh Malkin & Price LLP
45 Rockefeller Plaza, 20th Floor
New York, NY  10111

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING         MANHATTAN DIVISION              ANNALISE WHISTON
NCRS ADDRESS DOWNLOAD                    ONE BOWLING GREEN               240 W WOODLAND DR
CASE 24-10803                            NEW YORK  NY 10004-1415         WADING RIVER  NY 11792
SOUTHERN DISTRICT OF NEW YORK
MON JUN 10 15-9-43 PST 2024



CCAP AUTO LEASE LTD                      CITIZENS BANK  NA               DUBCORK INC
PO BOX 961275                            10561 TELEGRAPH RD              CO SAMUEL GOLDMAN  ASSOCIATES
FORT WORTH  TX 76161-0275                GLEN ALLEN  VA 23059-4577       200 PARK AVE SUITE 1700
                                                                         NEW YORK  NY 10166-0005



DUBCORK  INC                             INTERNAL REVENUE SERVICE        (P)JPMORGAN CHASE BANK  N A
299 BROADWAY SUITE 1820                  PO BOX 7346                     BANKRUPTCY MAIL INTAKE TEAM
DBA SMITHFIELD TAVERN  SMITHFIELD HALL   PHILADELPHIA  PA 19101-7346     700 KANSAS LANE FLOOR 01
N                                                                        MONROE LA 71203-4774
NEW YORK  NY 10007



KEN FOLEY                                KIERON SLATTERY                 NY STATE DEPT OF TAX  FINANCE
3067 42ND ST                             1453 85TH ST                    BANKRUPTCY DEPT
APT 3-R                                  BROOKLYN  NY 11228              PO BOX 5300
ASTORIA  NY 11103-3003                                                   ALBANY  NY 12205-0300



PECONIC BAY MEDICAL CENTER               SANTANDER CONSUMER USA          THOMAS MCCARTHY
223 TOWNSEND SQUARE                      1601 ELM ST STE 800             24 HAYMAKER LANE
CO JERALD J DESOCIO  ASSOCIATES  PC      DALLAS  TX 75201-7260           LEVITTOWN  NY 11756-3405
OYSTER BAY  NY 11771-2340



                                                                         DEBTOR
UNITED STATES TRUSTEE                    ADRIENNE WOODS                  GAVIN B WHISTON
OFFICE OF THE UNITED STATES TRUSTEE  NY  WEINBERG ZAREH MALKIN PRICE LLP 240 WEST WOODLAND DRIVE
ALEXANDER HAMILTON CUSTOM HOUSE          45 ROCKEFELLER PLAZA  20TH FLOOR WADING RIVER  NY 11792-2218
ONE BOWLING GREEN  ROOM 534              NEW YORK  NY 10111-3193
NEW YORK  NY 10004-1459



TODD E DUFFY                             YANN GERON                      MOXY RESTAURANT ASSOCIATES  INC
WEINBERG ZAREH MALKIN PRICE LLP          YANN GERON                      138 W 25TH ST
45 ROCKEFELLER PLAZA                     GERON LEGAL ADVISORS LLC        NEW YORK  NY 10001-7405
20TH FLOOR                               370 LEXINGTON AVENUE
NEWYORK  NY 10111-3193                   SUITE 1101
                                         NEW YORK  NY 10017-6532



INTERNAL REVENUE SERVICE                 CITIZENS ONE HOME LOAN
CENTRALIZED INSOLVENCY OPERATIONS        10561 TELEGRAPH ROAD
10007-1913                               GLEN ALLEN  VA 23059-4577
```